# United States District Court
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **4:20-cr-103**     **\*\*VTC Hearing\*\***

United States of America

vs.     **Jennifer Solari, AUSA**

   U. S. Attorney

**Devin Ryan (2:10 - 2:55)**     **Arvo Henifin, appointed**

Defendant/Age     Attorney for Defendant

- [✓] Plea agreement **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____.
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Count 2** of the indictment.
- [✓] Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis **Proffer by Government**.
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **April 1, 2021** at **10:00 am**.
- [ ] Bond Continued ___ Bond modified to _____.
   Bond set at _____  _____
- [ ] Bond not made defendant in jail.
- [✓] Defendant remanded to custody of United States Marshal.

Honorable **R. Stan Baker, U. S. District Judge**     Date **12-10-2020**

Court Reporter     **Kelly McKee**     Probation Officer **Rebecca Mitchell**

Courtroom Deputy Clerk     **Pam Hammock**     U.S. Marshal